# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161104(23)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

SC: 161104
COA: 351897
Kalkaska CC: 18-004179-FH

RYAN RICHARD RAPOZA,
            Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before October 30, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2020



Clerk